■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY TALBOOM, Appellant. [842 NYS2d 353]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Bohrer, J.), imposed December 22, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Rivera, J.P., Goldstein, Dillon and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS VELASQUEZ, Appellant. [842 NYS2d 353]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Wong, J.), imposed April 3, 2003, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Krausman, Lifson and Balkin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON WAYMON, Appellant. [841 NYS2d 456]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 3, 2003 (*People v Waymon,* 1 AD3d 389 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered June 27, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Miller, J.P., Mastro, Ritter and Goldstein, JJ., concur.